UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 34955
   DAVID W FINNEY
   LAURA R FINNEY                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK
      Debtor
   SSN XXX-XX-7888    SSN XXX-XX-1866
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/21/04 and confirmed on 11/15/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 24962.84 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 17421.93 | .00 | 17421.93 |
| INTERNAL REVENUE SERVICE | PRIORITY | 313.33 | .00 | 313.33 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5369.20 | .00 | 1879.22 |
| WELLS FARGO FINANCIAL IN | SECURED | 586.31 | 61.59 | 586.31 |
| WELLS FARGO FINANCIAL IN | SECURED | 418.00 | 44.31 | 418.00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1183.93 | .00 | 414.38 |
| INTERNAL REVENUE SERVICE | UNSECURED | 292.15 | .00 | 102.25 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18426.24 | 313.33 | 6845.28 | .00 | 25584.85 |
| PRINCIPAL PAID | 18426.24 | 313.33 | 2395.85 | .00 | 21135.42 |
| INTEREST PAID | 105.90 | .00 | .00 | .00 | 105.90 |
| TOTAL PAID | 18532.14 | 313.33 | 2395.85 | .00 | 21241.32 |

The Debtor's attorney, JOHN A REED                , was allowed $   2700.00 and was paid $    306.00  direct and $    2394.00  through the plan.

The Trustee received $   1019.04 .

Refunds to the Debtor totaled $     308.48 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/08

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 34955 DAVID W FINNEY & LAURA R FINNEY